

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT S. JONES | CIVIL ACTION NO. 05-1833<br>SECTION "P" |
| -vs- | JUDGE DRELL |
| LA. DEPT. OF PUBLIC SAFETY &<br>CORRECTIONS, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of Fed. R. Civ. P. 41(b).

SIGNED on this 20 day of July, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE